**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER ON MOTION FOR REHEARING**

| | |
|---|---|
| Appellate case name: | Adrienne Gallien v. Wells Fargo Home Mortgage Inc., Wells Fargo Bank, N.A., Cristobal Niño, individually and as executor of the Estate of Veronica Castillo Niño and Kathy Orsak |
| Appellate case number: | 01-17-00385-CV |
| Trial court case number: | 2015-75452 |
| Trial court: | 157th District Court of Harris County |

Appellant's motion for rehearing is **denied**. Appellant's amended motion for rehearing is also **denied**.

Justice's signature:  */s/ Richard Hightower*
Acting for the Court

The panel consists of Justices Lloyd, Kelly, and Hightower.

Date: April 30, 2019